IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00063-M

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHRISTOPHER COLEMAN,

      Defendant.

ORDER

This matter comes before the court on the Defendant's pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). DE 81. At the time he filed the motion, Defendant was an inmate at Butner Prison Camp and asserts that he has not received needed treatment for his serious health conditions. *Id.* at 5-6. The court has been informed that Defendant has been transferred to Raleigh Residential Reentry Management and has an anticipated release date of January 10, 2027.

In light of this information, the court ORDERS that on or before August 14, 2026, the Defendant shall file a written supplement informing the court whether he desires to proceed with his motion and, if so, explain the justification for his requested relief under his changed (if any) circumstances. If Defendant fails to comply with this order, the motion will be denied without prejudice.

SO ORDERED this 27th day of July, 2026.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE