IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00063-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER COLEMAN,<br><br>Defendant. | ORDER |

This matter comes before the court on the Defendant's pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). DE 81. At the time he filed the motion, Defendant was an inmate at Butner Prison Camp and asserts that he has not received needed treatment for his serious health conditions. *Id.* at 5-6. The court has been informed that Defendant was transferred to the Raleigh Residential Reentry Management facility and has an anticipated release date of January 10, 2027.

On July 27, 2026, this court ordered that Defendant file a supplement to his motion informing the court whether he desires to proceed with his motion and, if so, explain the justification for his requested relief under his changed (if any) circumstances. DE 98. The court warned that, if Defendant failed to comply with the order, his motion would be denied without prejudice. *Id.* Defendant was to file such supplement on or before August 14, 2026, and nothing has been filed since that time.

Accordingly, as it appears Defendant's motion has been rendered moot by his transfer from the prison facility, the motion for compassionate release [DE 81] DENIED WITHOUT PREJUDICE as moot.

SO ORDERED this 25th day of August, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE